

Nicholas Marritz
Staff Attorney

August 15, 2017

Clerk's Office
U.S. District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

**Re:** *José Sanchez Ramos v. Bawadi, Inc.*

Dear Clerk's Office:

Plaintiff will seek waiver of service of the Complaint under Fed. R. Civ. P. 4(d). Upon filing, I will send notices, waiver forms, and copies of the Complaint to both defendants at the following addresses:

> Bawadi, Inc.
> Khalid Mekki, Registered Agent
> 5916 Leesburg Pike
> Falls Church, VA 22041

> Khalid Mekki
> 5916 Leesburg Pike
> Falls Church, VA 22041

Please contact me with any questions.

Sincerely,

Nicholas Marritz
*Attorney for José Sanchez Ramos*

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-720-5607 | Fax: 703-778-3454 | email: nicholas@justice4all.org