

Nicholas Marritz
Staff Attorney

September 27, 2017

Clerk's Office
U.S. District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, Va. 22314

**Re: Summonses in *Sanchez Ramos v. Bawadi, Inc.*,
Civ. No. 1:17-cv-924-LMB-TCB**

Dear Clerk's Office:

Plaintiffs mailed two waiver-of-service forms, a notice of the lawsuit, and a copy of the complaint to both Defendants on August 16, 2017. Over 30 days have passed, and none of the waiver-of-service forms has been returned. Accordingly, I request that summonses be issued for both Defendants so that Plaintiffs may arrange for service of the complaint via private process server.

Sincerely,

Nicholas Marritz
*Attorney for José Sanchez Ramos*

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-720-5607 | Fax: 703-778-3454 | email: nicholas@justice4all.org