AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

| | |
|---|---|
| José Sanchez Ramos | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-924 |
| Bawadi, Inc. and Khalid Mekki | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Khalid Mekki
SERVE AT BUSINESS ADDRESS:
Bawadi Mediterranean Grill & Sweets Café
5916 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/28/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00924-LMB-TCB

RECEIVED
MAILROOM

4 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Khalid Mekki
was received by me on *(date)* 09/29/2017 .

☑ I personally served the summons on the individual at *(place)* 5916 Leesburg Pike, Falls Church, VA 22041
on *(date)* 09/29/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 10/06/2017

*Server's signature*

Sean Gordon • Private Process Server
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Ste 300
Fairfax, VA 22030
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

| | |
|---|---|
| José Sanchez Ramos <br><br> *Plaintiff(s)* <br> v. <br><br> Bawadi, Inc. and Khalid Mekki <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-924 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bawadi, Inc.
Serve: Khalid Mekki, Registered Agent
5916 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___9/28/2017___                                         _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:17-cv-00924-LMB-TCB

RECEIVED
MAILROOM

4 2017

CLERK U.S. DISTRICT COURT
A. VIRGINIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bawadi, Inc.
was received by me on *(date)* 09/29/2017.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Khalid Mekki, Registered Agent  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Bawadi, Inc.
at 5916 Leesburg Pike • Falls Church, VA 22041   on *(date)* 09/29/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 25.00 for travel and $ 0.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 10/06/2017

*Server's signature*

Sean Gordon • Private Process Server
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Ste 300
Fairfax, VA 22030
*Server's address*

Additional information regarding attempted service, etc: