

3900 Jermantown Rd
Suite 300
Fairfax, VA 22030



RECEIVED
MAILROOM

4 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: 10-23-17

Court: US District   ☐ Circuit Court   ☐ General District   ☐ JDR Court

Dear Clerk:

Please find enclosed __2__ Affidavit(s) of Service for Case No: 1:17-00924

I would like to request that you please file the top Original(s) with the Court and return the 2nd Page(s) date-stamped to our company. I have enclosed a self-addressed stamped envelope for the return copy.

If you have any questions, please don't hesitate to contact me at the below listed number.

Thanks in advance for your help with this service.

Best Regards,

Charles T. Proffitt
Professional Process Server

☎ 703-385-5300    ✉ Info@PatriotProcess.com
🖶 703-832-8629    🌐 www.PatriotProcess.com

