## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

JOSE SANCHEZ RAMOS

       Plaintiff,

    v.

BAWADI, INC.
d/b/a Bawadi Mediterranean Grill and Sweets Café

and KHALID MEKKI

       Defendants

Case No. 1:17-cv-924-LMB-TCB

### Declaration of Nicholas Marritz
### In Support of Request to Clerk for Entry of Default

1. I am an attorney of record in this case.

2. Plaintiff filed his complaint in this matter on August 15, 2017. (ECF No. 1).

3. On August 16, 2017, I sent each Defendant a notice of the lawsuit, a copy of the complaint, and two waiver-of-service forms via U.S. Mail in accordance with Fed. R. Civ. P. 4(d).

4. Defendants failed to return the waiver-of-service forms within 30 days.

5. The Clerk issued summonses for both Defendants on September 28. (ECF No. 3).

6. On  September 29, Plaintiffs served each Defendant with a complaint and summons via private process server. (Affidavits of Service, ECF No. 4).

7. The process server served the individual defendant personally, in accordance with Fed. R. Civ. P. 4(e)(2)(A). (*Id.*) The process server served the corporate defendant by personally delivering the summons and complaint to the corporation's registered agent, Khalid Mekki, in accordance with Fed. R. Civ. P. 4(h)(1)(B). (*Id.*)

8. Upon being served, each Defendant then had 21 days—i.e., until October 20—to respond. Fed R. Civ. P. 12(a)(1)(A)(i).

9. None of the Defendants has filed an answer or otherwise responded to the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

October 27, 2017

Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*