IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Jose Sanchez Ramos | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.   1:17cv924 |
| | ) | |
| Bawadi, Inc. | ) | |
| Khalid Mekki | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of Nicholas Marritz record for plaintiff, the Clerk of this Court does hereby enter the default of Bawadi, Inc. and Khalid Mekki for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY:    /s/
DEPUTY CLERK

DATED:  10/30/2017