# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAWADI, INC.<br>d/b/a Bawadi Mediterranean Grill and Sweets Café<br><br>and KHALID MEKKI<br><br>　　　　Defendants | Case No. 1:17-cv-924-LMB-TCB<br><br>Hearing Date: December 1, 2017 |

## Motion for Default Judgment

Under Rule 55 of the Federal Rules of Civil Procedure, if a defendant fails to plead or otherwise respond to a lawsuit against him, the plaintiff may seek a default judgment. Plaintiff José Sanchez Ramos served Defendants Bawadi Inc. and Khalid Mekki with a complaint for unpaid wages and overtime, but Defendants did not file any responsive pleading by the Court's October 20 deadline. Plaintiff now moves the Court for a default judgment in his favor because:

- This Court has subject-matter jurisdiction over the claims pled in the complaint and personal jurisdiction over Defendants themselves;

- Defendants were properly served;

- The complaint alleges facts establishing all necessary elements of Plaintiffs' claims, and

- The complaint alleges facts establishing the amount of damages Plaintiff is owed, as well as Defendants' joint and several liability for the portion of those damages arising under the Fair Labor Standards Act.

1

The accompanying Memorandum of Law sets out the facts and law showing that Plaintiff is entitled to default judgment. The factual contentions are further supported by Plaintiff's declaration.

WHEREFORE, Plaintiff respectfully requests that the Court enter default judgment in his favor.

Respectfully submitted this 7th day of November, 2017,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB #89795)
Hallie Ryan (VA Bar No. 85927)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org

**Certificate of Service**

I hereby certify that on November 7, 2017, I served Defendants with the foregoing Motion for Default Judgment via U.S. Mail at the following addresses:

>Khalid Mekki
>Bawadi Mediterranean Grill and Sweets Café
>5916 Leesburg Pike
>Falls Church, VA 22041

>Bawadi, Inc.
>Khalid Mekki, Registered Agent
>5916 Leesburg Pike
>Falls Church, VA 22041

/s/ Nicholas Cooper Marritz                                                    Date: November 7, 2017
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*