**Alert to corporations regarding unsolicited mailings from VIRGINIA COUNCIL FOR CORPORATIONS is available from the Bulletin Archive link of the Clerk's Office website.**





|  |  |
| --- | --- |
| **CISM0180** | CORPORATE DATA INQUIRY |

**11/07/17**

**09:12:54**

CORP ID: 0776065 – 5    STATUS: 00   ACTIVE        STATUS DATE: 03/24/14

CORP NAME: BAWADI INC.

DATE OF CERTIFICATE:  03/24/2014  PERIOD OF DURATION:      INDUSTRY CODE: 00

STATE OF INCORPORATION:  VA VIRGINIA        STOCK INDICATOR:  S STOCK

MERGER IND:                CONVERSION/DOMESTICATION IND:

GOOD STANDING IND: Y          MONITOR INDICATOR:

CHARTER FEE:  50.00      MON NO:        MON STATUS:   MONITOR DTE:

R/A NAME:  KHALID MEKKI

STREET:  5916 LEESBURG PIKE                    AR RTN MAIL:

CITY:  FALLS CHURCH            STATE : VA  ZIP: 22041-0000

R/A STATUS:  2  OFFICER          EFF. DATE:  12/22/15  LOC : 129

ACCEPTED AR#: 217 05 5925   DATE: 03/22/17                FAIRFAX COUNTY

CURRENT AR#: 217 05 5925   DATE: 03/22/17  STATUS: A   ASSESSMENT INDICATOR:  0

| YEAR | FEES | PENALTY | INTEREST | TAXES | BALANCE | TOTAL SHARES |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 130.00 |  |  |  |  |  |
|  |  |  |  |  |  | 10,000 |

(Screen Id:/Corp_Data_Inquiry)


PLAINTIFF'S EXHIBIT
A