# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>　　Plaintiff,<br><br>　v.<br><br>BAWADI, INC.<br>d/b/a Bawadi Mediterranean Grill and Sweets Café<br><br>and KHALID MEKKI<br><br>　　Defendants | Case No. 1:17-cv-924-LMB-TCB<br><br>Hearing Date: December 1, 2017 |

## Notice of Hearing

**Please take notice** that on December 1, 2017, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiff's motion for Default Judgment.

Respectfully submitted this 7th day of November, 2017,

　　　　　　　　　　　　　　　　　　　/s/ Nicholas Cooper Marritz
　　　　　　　　　　　　　　　　　　　Nicholas Cooper Marritz (VSB #89795)
　　　　　　　　　　　　　　　　　　　Hallie Ryan (VA Bar No. 85927)
　　　　　　　　　　　　　　　　　　　LEGAL AID JUSTICE CENTER
　　　　　　　　　　　　　　　　　　　6066 Leesburg Pike, Suite 520
　　　　　　　　　　　　　　　　　　　Falls Church, VA 22041
　　　　　　　　　　　　　　　　　　　Tel: (703) 720-5607
　　　　　　　　　　　　　　　　　　　Fax: (703) 778-3454
　　　　　　　　　　　　　　　　　　　nicholas@justice4all.org

**Certificate of Service**

I hereby certify that on November 7, 2017, I served Defendants with the foregoing Notice of Hearing via U.S. Mail at the following addresses:

>Khalid Mekki
>Bawadi Mediterranean Grill and Sweets Café
>5916 Leesburg Pike
>Falls Church, VA 22041

>Bawadi, Inc.
>Khalid Mekki, Registered Agent
>5916 Leesburg Pike
>Falls Church, VA 22041

| | |
|---|---|
| /s/ Nicholas Cooper Marritz | Date: November 7, 2017 |

Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*