# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Jose Sanchez Ramos | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17cv924 |
| Bawadi, Inc. and Khalid Mekki | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bawadi, Inc. and Khalid Mekki.

Date: 11/16/2017

/s/
*Attorney's signature*

Ashraf W. Nubani 43595
*Printed name and bar number*
2677 Prosperity Ave., ste. 320, Fairfax, VA 22031

*Address*

awn@awnpointlaw.com
*E-mail address*

7036585151
*Telephone number*

7036585151
*FAX number*