UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br>    Plaintiff, | )<br>)<br>) |
| vs | )<br>) |
| | ) Civil Action No. 1:17-CV-00924 LMB/TCB |
| BAWADI, INC<br>d/b/a Bawadi Mediterranean Grill and<br>Sweets Cafe, AND<br>KHALID MEKKI | )<br>)<br>)<br>) |
| | ) |
|     Defendants. | ) |

## NOTICE OF HEARING

Comes now counsel for Defendants Bawadi, Inc. and Khalid Mekki and respectfully requests that a hearing for this Motion to Vacate the entry of default judgment [ECF No. 6] be set at 9:00 am Friday December 1, 2017 or soon thereafter as the Court's calendar allows.

Respectfully Submitted,

\_\_\_\_/s/_____
Ashraf Nubani
VA Bar No. 43595
AWN Point Law, PLLC
2677 Prosperity Dr.
Suite 320
Fairfax, VA 22301
(703) 658-5151
awn@awnpointlaw.com
Counsel For Defendants Bawadi Inc d/b/a
Bawadi Mediterranean Grill and Sweets
Cafe and Khalid Mekki

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, a copy of foregoing was filed electronically and served   by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system or by mail to any party not able to access the courts electronic filing system.   Parties may access this filing through the courts CM/ECF system.

November 17, 2017                                         Respectfully Submitted,

                                                                         /s/
                                                                        Ashraf Nubani
                                                                        VA Bar No. 43595
                                                                        AWN Point Law, PLLC
                                                                        2650 Tower Dr.
                                                                        Suite 801
                                                                        Vienna, VA 22180
                                                                        (703) 658-5151
                                                                        awn@awnpointlaw.com
                                                                        Counsel For Defendants