**Patriot Process Service**
3900 Jermantown Rd Suite 300
Fairfax, VA 22030

**INVOICE: 1699712**
Issued: Sep 30, 2017

**Legal Aid Justice Center**
Nicholas Marritz
6066 Leesburg Pike Suite 520
Falls Church, VA 22041



| Case: | 1:17-cv-00924-LMB-TCB | Plaintiff / Petitioner: | JOSE SANCHEZ RAMOS |
|---|---|---|---|
| Job: | 1699712 | Defendant / Respondent: | BAWADI, INC. AND KHALID MEKKI |

| Item | Description | Rate | Quantity | Total |
|---|---|---|---|---|
| Routine | Routine Service<br>Serve Khalid Mekki | $75.00 | 1 | $75.00 |
| AddSame | Additional Paper Served Same Location<br>Serve Khalid Mekki as R/A for Bawadi, Inc. | $25.00 | 1 | $25.00 |
| Discount | Discount | -$25.00 | 1 | -$25.00 |

Thanks for your business!

Please pay the "Balance Due" within 21 days.
A $10 per month late fee will be added if payment is not received 45 days from the date of Invoice.

Total: $75.00
Amount Paid: ($0.00)
**Balance Due: $75.00**



Patriot Process Service • 3900 Jermantown Rd Suite 300, Fairfax, VA 22030

Call: 703-385-5300 • Fax: 703-832-8629 • Email: Info@PatriotProcess.com • Visit: www.PatriotProcess.com



PLAINTIFF'S EXHIBIT B