**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JOSE SANCHEZ RAMOS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAWADI, INC. )<br>and KHALID MEKKI )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-924-LMB-TCB |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is given that Hallie Nodgaard Ryan, of the Legal Aid Justice Center, hereby enters her appearance on behalf of Plaintiffs in the above-referenced matter.

I certify that I am admitted to practice in this Court.

                                              Respectfully submitted,

                                              */s/ Hallie Nodgaard Ryan*
                                              Hallie Nodgaard Ryan
                                              VSB No. 85927
                                              Legal Aid Justice Center
                                              6066 Leesburg Pike, Suite 520
                                              Falls Church, VA 22041
                                              (703) 226-3426 (phone)
                                              (703) 778-3454 (fax)
                                              hallie@justice4all.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys for Defendants.

                                              */s/ Hallie Nodgaard Ryan*
                                              Hallie Nodgaard Ryan
                                              VSB No. 85927
                                              Legal Aid Justice Center
                                              6066 Leesburg Pike, Suite 520
                                              Falls Church, VA 22041
                                              (703) 226-3426 (phone)
                                              (703) 778-3454 (fax)
                                              hallie@justice4all.org