# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS | |
|     Plaintiff, | |
|   v. | Case No. 1:17-cv-924-LMB-TCB |
| BAWADI, INC.<br>d/b/a Bawadi Mediterranean Grill and Sweets Café | Hearing Date: |
| and KHALID MEKKI | April 6, 2018, 10:00 a.m. |
|     Defendants | |

**Motion for a Protective Order and to Quash Subpoena**

Defendants today notified Plaintiff that they intend to serve a third-party subpoena on the U.S. Department of Homeland Security, requiring DHS to produce all immigration-related documents pertaining to the Plaintiff or verify that no such documents exist. (Ex. A, Notice of Subpoena; Ex. B, Subpoena to DHS). For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court:

1. Quash the subpoena under Civil Rule 45(d)(3), as this subpoena has no relevance whatsoever to this unpaid-wage case and is meant solely to intimidate the Plaintiff;

2. Issue a protective order under Civil Rule 26(c)(1), prohibiting Defendants from further attempts to intimidate the Plaintiff by improperly using the discovery process to pry into his immigration status; and

1

3. Award him the fees and costs incurred in preparing and filing this motion under Civil Rule 37(a)(5).

Respectfully submitted this 28th day of March, 2018,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB #89795)
Hallie Ryan (VA Bar No. 85927)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org

**Certificate of Service**

I hereby certify that on March 28, 2018, I filed the foregoing Motion via the Court's CM/ECF system, which will cause a notice of electronic filing (NEF) to be sent to all counsel of record.


/s/ Nicholas Cooper Marritz                                    Date: March 28, 2018
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*