# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>    Plaintiff,<br><br>    v.<br><br>BAWADI, INC.<br>d/b/a Bawadi Mediterranean Grill and Sweets Café<br><br>and KHALID MEKKI<br><br>    Defendants | Case No. 1:17-cv-924-LMB-TCB |

## [PROPOSED] ORDER ON MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

This matter is before the Court on plaintiff's motion to quash a subpoena served upon the U.S. Department of Homeland Security. The subpoena seeks production of plaintiff's immigration documents or "a statement that no such documents exist." Plaintiffs also move for a protective order on immigration status discovery and for this Court to award him costs of this motion.

Upon review of the briefs and oral arguments of counsel, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Quash Subpoena is **GRANTED**.

2. Plaintiff's Motion for a Protective Order is **GRANTED**. Defendants are prohibited from further formal discovery or informal inquiry into Plaintiff's immigration status.

3. Plaintiff's Motion to Award Costs to Defendants' is **GRANTED**.

Dated: _____

                                      _____
The Hon. Leonie Brinkema
United States District Judge