**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>Plaintiff,<br><br>v.<br><br>BAWADI, INC.<br><br>and KHALID MEKKI<br><br>Defendants | Case No.: 1:17-cv-924-LMB-TCB |

**NOTICE OF SUBPOENA**

**PLEASE TAKE NOTICE** that pursuant to Rule 45 of the Federal Rules of Civil Procedure, that Defendants intend to serve a subpoena, in the form attached hereto, on the Office of the General Counsel of the Department of Homeland Security on March 27, 2018, or as soon as service may be effectuated thereafter.

DATED: March 27, 2018

> Respectfully submitted,
>
> /S/ Ashraf Nubani
> Ashraf Nubani
> VA Bar No. 43595
> AWN Point Law, PLLC
> 2677 Prosperity Drive
> Suite 320
> Fairfax, VA 22031
> (703) 658-5151
> awn@awnpointlaw.com
> *Counsel for Defendants*

1

2

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, foregoing Notice of Subpoena was served through electronic mail on Counsel of record for Plaintiff:

Nicholas Cooper Marritz (VSB No. 89795)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*

                                /S/ Ashraf Nubani
                                Ashraf Nubani