# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>    Plaintiff,<br><br>  v.<br><br>BAWADI, INC.<br>d/b/a Bawadi Mediterranean Grill and Sweets Café<br><br>and KHALID MEKKI<br><br>    Defendants | Case No. 1:17-cv-924-LMB-TCB<br><br>Hearing Date:<br><br>April 6, 2018, 10:00 a.m. |

## NOTICE OF HEARING

**Please Take Notice** that on April 6, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiff's Motion for a Protective Order and to Quash Subpoena.

Respectfully submitted this 28th day of March, 2018,

                                            /s/ Nicholas Cooper Marritz
                                            Nicholas Cooper Marritz (VSB #89795)
                                            Hallie Ryan (VA Bar No. 85927)
                                            LEGAL AID JUSTICE CENTER
                                            6066 Leesburg Pike, Suite 520
                                            Falls Church, VA 22041
                                            Tel: (703) 720-5607
                                            Fax: (703) 778-3454
                                            nicholas@justice4all.org

**Certificate of Service**

I hereby certify that on March 28, 2018, I filed the foregoing Notice of Hearing via the Court's CM/ECF system, which will cause a notice of electronic filing (NEF) to be sent to all counsel of record.

/s/ Nicholas Cooper Marritz                              Date: March 28, 2018
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*