# EXHIBIT F



Aimee Gill <agill@glawoffice.com>

## RE: Ramos v. Bawadi, Mekki; Notice of Subpoena
1 message

**Nicholas Marritz** <nicholas@justice4all.org>      Fri, Mar 30, 2018 at 9:38 AM
To: Aimee Gill <agill@glawoffice.com>
Cc: Hallie Ryan <Hallie@justice4all.org>, Faisal Gill <fgill@glawoffice.com>, Ashraf Nubani <awn@awnpointlaw.com>

We respectfully decline.

NCM

**From:** Aimee Gill <agill@glawoffice.com>
**Sent:** Friday, March 30, 2018 8:08 AM
**To:** Nicholas Marritz <nicholas@justice4all.org>
**Cc:** Hallie Ryan <Hallie@justice4all.org>; Faisal Gill <fgill@glawoffice.com>; Ashraf Nubani <awn@awnpointlaw.com>
**Subject:** Re: Ramos v. Bawadi, Mekki; Notice of Subpoena

Nick and Hallie,

If you would agree to not admit any evidence of Bawadi's lack of employment records and that Mr. Mekki paid Mr. Ramos in cash at trial, we would agree to withdraw the subpoena. Please let us know.

Sincerely,

Aimee Gill

On Wed, Mar 28, 2018 at 11:41 AM, Nicholas Marritz <nicholas@justice4all.org> wrote:

> Aimee et al.,
>
> We have filed a motion to quash, and for a protective order. The hearing will be April 6.
>
> Sincerely,
>
> Nick
>
> **Nicholas Marritz, Staff Attorney**
>
> Legal Aid Justice Center

6066 Leesburg Pike, Suite 520

Falls Church, VA 22041

T: 703-720-5607

F: 703-778-3454

E: nicholas@justice4all.org

**From:** Aimee Gill <agill@glawoffice.com>
**Sent:** Tuesday, March 27, 2018 11:10 AM
**To:** Nicholas Marritz <nicholas@justice4all.org>; Hallie Ryan <Hallie@justice4all.org>
**Cc:** Faisal Gill <fgill@glawoffice.com>; Ashraf Nubani <awn@awnpointlaw.com>
**Subject:** Ramos v. Bawadi, Mekki; Notice of Subpoena

Nick and Hallie,

Please find Notice of Subpoena attached to this email.

Thanks,

Aimee

--

Aimee Gill

Gill Law Firm

1155 F Street NW Suite 1050

Washington, DC 20004

--

Aimee Gill

Gill Law Firm

1155 F Street NW Suite 1050

Washington, DC 20004