# EXHIBIT G

3. Please describe in detail the circumstances under which Plaintiff was hired. State all relevant dates, identify who was present, describe all relevant communications, and state what each person communicated to the others.

   Answer:

   Plaintiff's brother, Juan Ramos, asked me to hire him as a favor to him. Plaintiff was hired on around September 2016.

4. Please list and describe all of Plaintiff's job duties and responsibilities during his employment with you. If these duties or responsibilities changed at any time, please state what the change was, when the change took place, who authorized the change; and all reasons why the change occurred.

    Answer:

    The Plaintiff worked in the kitchen as a food preparer. He would assist me in preparing food dishes. He worked as needed. He never had a set schedule. But on most days would work 10am to 4pm.

5. Please state Plaintiff's agreed-upon rate of compensation during his employment with you. If his rate of compensation changed at any time, state what the change was, when the change occurred, the persons who authorized the change, and all reasons why the change occurred.

   Answer:

   The plaintiff informed me that was did not have a work permit so he wanted to be paid in cash. I agreed to pay him around $500 cash per week then raised it to $600 per week.

   I paid him $500 from September to October 2016

   I paid him $600 from October 2016-May 2017