# EXHIBIT H



Aimee Gill <agill@glawoffice.com>

# RE: Ramos v. Bawadi, Mekki; Notice of Subpoena
1 message

**Hallie Ryan** <Hallie@justice4all.org>  Tue, Mar 27, 2018 at 11:26 AM
To: Aimee Gill <agill@glawoffice.com>, Faisal Gill <fgill@glawoffice.com>, Ashraf Nubani <awn@awnpointlaw.com>
Cc: Nicholas Marritz <nicholas@justice4all.org>

Dear Aimee,

There can be no good faith reason for this subpoena and we will be filing a motion to quash.

Best regards,

**Hallie Ryan**

Managing Attorney

Legal Aid Justice Center

(703) 226-3426 / hallie@justice4all.org

www.justice4all.org

**From:** Aimee Gill [mailto:agill@glawoffice.com]
**Sent:** Tuesday, March 27, 2018 11:10 AM
**To:** Nicholas Marritz <nicholas@justice4all.org>; Hallie Ryan <Hallie@justice4all.org>
**Cc:** Faisal Gill <fgill@glawoffice.com>; Ashraf Nubani <awn@awnpointlaw.com>
**Subject:** Ramos v. Bawadi, Mekki; Notice of Subpoena

Nick and Hallie,

Please find Notice of Subpoena attached to this email.

Thanks,

Aimee

--

Aimee Gill

Gill Law Firm

1155 F Street NW Suite 1050

Washington, DC 20004