UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

# MOTION HEARING

Date: 4/6/18
Start: 10:43 AM
Finish: 10:50 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 17CV924

Ramos

vs.

Bawadi Inc. et al

Appearance of Counsel for ( X ) Plaintiff ( X ) Defendant

Motion for Protective Order and to Quash Subpoena - DE #22

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow