UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE SANCHEZ RAMOS,  )
    Plaintiff,  )
    )
v.  )  Civ. No. 1:17-cv-924
    )
BAWADI, INC., et al.,  )
    Defendants.  )

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiff's Motion for a Protective Order and to Quash Subpoena (Dkt. 22) is GRANTED. Defendants are prohibited from further formal discovery or informal inquiry into Plaintiff's immigration status, and the subpoena served upon the U.S. Department of Homeland Security is quashed.

ENTERED this 6th day of April, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia