# FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO.  1:17cv924                                    DATE:    04/19/18

JUDGE: Brinkema

COURT REPORTER:   A. Thomson

Start Time:  10:00am

End Time:  10:06am

  Jose Sanchez Ramos         vs.   Bawadi, Inc., et al

APPEARANCES:   Counsel for:  Plaintiff (X)   Defendant (X)   Pro Se ( )

( ) Case set for trial by **JURY** on _____

(X) Case set for trial by **COURT** on  06/05/18 at 9:30am    (1 day)

| | |
|---|---|
| Plaintiff's Witness List filed | X ECF __ In Open Court |
| Plaintiff's Exhibit List filed | X ECF __ In Open Court |
| Dft's Witness List filed | X ECF __ In Open Court |
| Dft's Exhibit List filed | X ECF __ In Open Court |

Notes:

 Parties are scheduled for settlement conference