IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE SANCHEZ RAMOS,            )
                               )
            Plaintiff,         )
                               )
v.                             )    No. 1:17-cv-924 (LMB/TCB)
                               )
BAWADI, INC., et al.,          )
                               )
            Defendants.        )

## ORDER

On April 19, 2018, at the Final Pretrial Conference, counsel for both parties and the Court assumed that this civil action would be tried to the bench, although a demand for a jury trial was made by plaintiff in the Complaint [Dkt. No. 1]. Accordingly, a bench trial was set for June 5, 2018. On April 23, 2018, defendants' counsel contacted the Court via telephone to communicate a desire to exercise defendants' right to a trial by jury. Because the jury demand in the Complaint may not be withdrawn without the consent of all parties, see Fed. R. Civ. P. 38(d); Cram v. Sun Ins. Office, Ltd., 375 F.2d 670, 675 (4th Cir. 1967); 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2318 (3d ed.), defendants maintain a unilateral right to demand trial by jury. Accordingly, it is hereby

ORDERED that trial in this civil action, which will be conducted with a jury, be and is RESCHEDULED to 10 a.m. on June 5, 2018.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of April, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge