**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAWADI, INC. and KHALID MEKKI<br><br>　　　　Defendants | Case No.: 1:17-cv-924-LMB-TCB |

**PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL
AND DISMISSAL WITH PREJUDICE**

　　On April 26, 2018, the parties held a settlement conference overseen personally by Magistrate Judge Buchanan and agreed on the material terms of a settlement. The Parties have now reduced those terms to a signed writing, attached hereto. Thus, Plaintiff respectfully asks the Court to approve the settlement as fair and reasonable, and to dismiss the case with prejudice. Respectfully submitted this 11th day of May, 2018,

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas Cooper Marritz
　　　　　　　　　　　　　　　　　　　　Nicholas Cooper Marritz (VSB #89795)
　　　　　　　　　　　　　　　　　　　　Hallie Ryan (VA Bar No. 85927)
　　　　　　　　　　　　　　　　　　　　LEGAL AID JUSTICE CENTER
　　　　　　　　　　　　　　　　　　　　6066 Leesburg Pike, Suite 520
　　　　　　　　　　　　　　　　　　　　Falls Church, VA 22041
　　　　　　　　　　　　　　　　　　　　Tel: (703) 720-5607
　　　　　　　　　　　　　　　　　　　　Fax: (703) 778-3454
　　　　　　　　　　　　　　　　　　　　nicholas@justice4all.org

**Certificate of Service**

I hereby certify that on May 11, 2018, I filed the foregoing Motion via the Court's CM/ECF system, which will cause a notice of electronic filing (NEF) to be sent to all counsel of record.

/s/ Nicholas Cooper Marritz          Date: May 11, 2018
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*