I HAVE COMPLETELY READ THIS AGREEMENT AND FULLY UNDERSTAND AND VOLUNTARILY ACCEPT IT FOR THE PURPOSE OF FINAL RESOLUTION AND SETTLEMENT OF ANY AND ALL CLAIMS, KNOWN OR UNKNOWN, ARISING OUT OF JOSE MATEO SANCHEZ RAMOS'S EMPLOYMENT WITH KHALID MEKKI AND BAWADI, INC.

_____  Date: _____
José Mateo Sanchez Ramos

_K. Mekki_____  Date: 5/7/18
Khalid Mekki

_K. Mekki_____  Date: 5/7/18
Khalid Mekki
For Bawadi, Inc.