# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>　　　Plaintiff,<br><br>　v.<br><br>BAWADI, INC. and KHALID MEKKI<br><br>　　　Defendants | Case No. 1:17-cv-924-LMB-TCB |

## Notice of Waiver of Hearing

Plaintiff waives hearing on his motion to approve the parties' settlement and dismiss this case with prejudice.

Respectfully submitted this 11th day of May, 2018,

　　　　　　　　　　　　　　　　　　　/s/ Nicholas Cooper Marritz
　　　　　　　　　　　　　　　　　　　Nicholas Cooper Marritz (VSB #89795)
　　　　　　　　　　　　　　　　　　　Hallie Ryan (VA Bar No. 85927)
　　　　　　　　　　　　　　　　　　　LEGAL AID JUSTICE CENTER
　　　　　　　　　　　　　　　　　　　6066 Leesburg Pike, Suite 520
　　　　　　　　　　　　　　　　　　　Falls Church, VA 22041
　　　　　　　　　　　　　　　　　　　Tel: (703) 720-5607
　　　　　　　　　　　　　　　　　　　Fax: (703) 778-3454
　　　　　　　　　　　　　　　　　　　nicholas@justice4all.org

## Certificate of Service

I hereby certify that on May 11, 2018, I filed the foregoing Notice via the Court's CM/ECF system, which will cause a notice of electronic filing (NEF) to be sent to all counsel of record.

/s/ Nicholas Cooper Marritz                                         Date: May 11, 2018
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*