UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOSE SANCHEZ RAMOS<br><br>Plaintiff,<br><br>v.<br><br>BAWADI, INC. and KHALID MEKKI<br><br>Defendants | Case No.: 1:17-cv-924 |

PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL
AND DISMISSAL WITH PREJUDICE

On April 26, 2018, the parties held a settlement conference overseen personally by Magistrate Judge Buchanan and agreed on the material terms of a settlement. The Parties have now reduced those terms to a signed writing, attached hereto. Thus, Plaintiff respectfully asks the Court to approve the settlement as fair and reasonable, and to dismiss the case with prejudice. Respectfully submitted this 11th day of May, 2018,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB #89795)
Hallie Ryan (VA Bar No. 85927)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org

So ordered
/s/ Buchanan

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge

1